UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re:                                                      Multidistrict Litigation
                                                            No. 09-md-2059 (RHK/JJK)
Activated Carbon-Based Hunting
Clothing Marketing and Sales Practices
Litigation

THIS DOCUMENT RELATES TO:
Pickering v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1603 (RHK/JJK)
Dorris v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1609 (RHK/JJK)
Pemberton v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1610 (RHK/JJK)
Beld v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1611 (RHK/JJK)
Lange v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1805 (RHK/JJK)
Cook v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1806 (RHK/JJK)
Eggart v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1807 (RHK/JJK)
Super v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-2036 (RHK/JJK)
Lynch v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-2242 (RHK/JJK)

**ORDER INCREASING WORD COUNT LIMITATIONS FOR CONSOLIDATED
BRIEFING OF MOTIONS TO DISMISS**

Based upon the parties' Stipulation Increasing Word Count Limitations for Consolidated Briefing of Motions to Dismiss (Doc. No. 191), and for good cause shown, it is hereby ordered that the word count limitations established by D. Minn. LR 7.1(d) shall be increased to permit the consolidated briefing with the word counts described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: December 14, 2009.

                              BY THE COURT:

                              s/Richard H. Kyle
                              Richard H. Kyle
                              United States District Court Judge